Entered on Docket July 16, 2012

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JOEL BROWN,<br><br>        Debtor. | No.   11-23983-TWD |
| JOEL BROWN,<br><br>        Plaintiff<br><br>v.<br><br>NATIONAL COLLEGIATE TRUST; FIRST MARBLEHEAD CORPORATION; BANK OF AMERICA; AMERICAN EDUCATION SERVICES; PENNSYLVANIA HIGHER EDUCTION ASSISTANCE AGENCY; EDUCATION RESOURCES INSTITUTE,<br><br>        Defendants. | Adv. No.   12-01291-TWD<br><br>**STIPULATED ORDER DISMISSING THE EDUCATIONAL RESOURCES INSTITUTE, INC. AS DEFENDANT IN ADVERSARY CASE** |

      THIS MATTER is before the Court on the Complaint to Determine the Dischargeability of Debts Pursuant to 11 U.S.C. § 523(a)(8) ("Complaint") of Plaintiff/Debtor Joel Brown ("Brown"). Brown and Defendant The Educational Resources Institute, Inc. ("TERI") by and through its attorney, Katie A. Axtell and

STIPULATED ORDER DISMISSING FIRST MARBLEHEAD
EDUCATIONAL RESOURCES AS DEFENDANT IN
ADVERSARY CASE - 1

**BISHOP WHITE MARSHALL & WEIBEL, P.S.**
720 Olive Way, Suite 1201
Seattle, WA 98101
206/622-5306 Fax 206/622-0354

Bishop White Marshall & Weibel, P.S., have reached an agreement regarding dismissal of this case. Plaintiff and TERI stipulate and agree that TERI does not have an interest in any of the student loans which Plaintiff is seeking to discharge in this adversary proceeding; NOW THEREFORE IT IS HEREBY ORDERED:

THAT TERI is hereby dismissed with prejudice as a defendant in the above referenced matter.

///End of Order///

Stipulated to:

By: */s/ Katie A. Axtell*
Katie A. Axtell WSBA #35545
Bishop, White Marshall & Weibel PS
Attorney for Defendant TERI

By: */s/ Joel Brown*
Joel Brown
Plaintiff/Debtor

STIPULATED ORDER DISMISSING FIRST MARBLEHEAD
EDUCATIONAL RESOURCES AS DEFENDANT IN
ADVERSARY CASE - 2

**BISHOP WHITE MARSHALL & WEIBEL, P.S.**
720 Olive Way, Suite 1201
Seattle, WA 98101
206/622-5306 Fax 206/622-0354

Case 12-01291-TWD    Doc 63    Filed 07/16/12    Ent. 07/16/12 09:54:12    Pg. 2 of 2